**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AVONDA URBEN, on behalf of herself and in her capacity as the Sellers' Representative, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:23-cv-00138-TSE-IDD |
| v. | )<br>) |
| GRIDKOR, LLC, MICHAEL BRYANT, and ALYSSA SCHRECENGOST BRYANT, | )<br>) |
| Defendants. | ) |
| GRIDKOR, LLC, | ) |
| Counterclaim and Third-Party Plaintiff, | ) |
| v. | ) |
| AVONDA URBEN; JOHN DOE NOS. 1-5; and JANE DOE NOS. 1-5, | ) |
| Counterclaim and/or Third-Party Defendants | ) |

**GRIDKOR, LLC'S DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable the Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for GridKor, LLC in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, the undersigned counsel for GridKor, LLC in the above-captioned action, further certifies that the following are the persons and entities whose citizenship is attributed to GridKor, LLC with their respective citizenship

provided in parentheses:

| | |
|---|---|
| Bateman, Lauren (Massachusetts) | Reitz, Darlene (Pennsylvania) |
| Burton, Craig (Pennsylvania) | Reitz, Samuel (Pennsylvania) |
| Denny, Layla (Pennsylvania) | Rewritten LLC (Pennsylvania) |
| KorDev LLC (Pennsylvania) | Shearer, Matthew (Texas) |
| Lesher, Matthew (Pennsylvania) | Szymanski Co LLC (Pennsylvania) |
| Macias, Raul (New Mexico) | Venneri, Mario (Pennsylvania) |
| MPT Holdings LLC (Pennsylvania) | |

DATE: March 15, 2023

Respectfully submitted,

*/s/ Tillman J. Finley*
Tillman J. Finley (VSB No. 93284)
tfinley@marinofinley.com
MARINO FINLEY LLP
818 Connecticut Avenue, N.W., Suite 801
Washington, DC 20006
Tel: 202.223.8888

*Attorneys for GridKor, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023, I filed the foregoing GRIDKOR, LLC'S DISCLOSURE STATEMENT using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Tillman J. Finley*
Tillman J. Finley
