# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| AVONDA URBEN, on behalf of herself and in her capacity as the Sellers' Representative, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:23-cv-00138-TSE-IDD |
| v. | ) |
| GRIDKOR, LLC, MICHAEL BRYANT, and ALYSSA SCHRECENGOST BRYANT, | )<br>) |
| Defendants. | ) |
| GRIDKOR, LLC, | ) |
| Counterclaim and Third-Party Plaintiff, | ) |
| v. | ) |
| AVONDA URBEN; JOHN DOE NOS. 1-5; and JANE DOE NOS. 1-5, | )<br>) |
| Counterclaim and/or Third-Party Defendants | ) |

## DECLARATION OF MICHAEL BRYANT

Pursuant to 28 U.S.C. § 1746, I, Michael Bryant, do hereby declare as follows:

1. I am over the age of 18 and I am the President of GridKor, LLC.

2. GridKor, LLC is a limited liability company formed and existing under the laws of Wyoming.

3. On November 7, 2022, in my capacity as President of GridKor, LLC, I executed the Stock (Shares) Purchase Agreement at issue in this case on behalf of GridKor, LLC.

4. I am not personally a party to the Stock (Shares) Purchase Agreement.

5. Alyssa S. Bryant is my wife. She is not a party to the Stock (Shares) Purchase Agreement.

6. GridKor, LLC has 13 members, four of which are other entities and nine of which are individual persons.

7. I am not myself a member of GridKor. However, KorDev LLC is a member of GridKor and holds a 34% membership interest. I am the sole member of KorDev LLC.

8. Alyssa Bryant is not a member of GridKor.

9. From its formation to the present, GridKor has been adequately capitalized.

10. From its formation to the present, GridKor has been solvent.

11. GridKor and its members observe corporate formalities and treat GridKor as a separate and distinct entity from its members and any other affiliated entities.

12. GridKor functions and operates independently of myself and my wife.

13. Neither I nor my wife have siphoned GridKor funds or used GridKor funds for personal benefit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and to the best of my knowledge, information, and belief.

DATE: March 15, 2023

_____
Michael Bryant