**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AVONDA URBEN, on behalf of herself and in her capacity as the Sellers' Representative, )<br><br>Plaintiff, )<br><br>v. )<br><br>GRIDKOR, LLC, MICHAEL BRYANT, KORDEV, LLC, and ALYSSA SCHRECENGOST BRYANT, )<br><br>Defendants. )<br><br>────────────────────── )<br><br>GRIDKOR, LLC, )<br><br>Counterclaim and Third-Party Plaintiff, )<br><br>v. )<br><br>AVONDA URBEN; JOHN DOE NOS. 1-5; and JANE DOE NOS. 1-5, )<br><br>Counterclaim and/or Third-Party Defendants )| Case No. 1:23-cv-00138-TSE-IDD |

**KORDEV LLC'S DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable the Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for KorDev LLC in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, the undersigned counsel for KorDev LLC in the above-captioned action, further certifies that the following are the persons

and entities whose citizenship is attributed to KorDev LLC:  Michael Bryant, a resident and citizen

of the Commonwealth of Pennsylvania.

DATE:  April 12, 2023                               Respectfully submitted,

                                                    */s/ Tillman J. Finley*
                                                    Tillman J. Finley (VSB No. 93284)
                                                    tfinley@marinofinley.com
                                                    MARINO FINLEY LLP
                                                    818 Connecticut Avenue, N.W., Suite 801
                                                    Washington, DC  20006
                                                    Tel:  202.223.8888

                                                    *Attorneys for KorDev LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2023, I filed the foregoing KORDEV LLC'S DISCLOSURE STATEMENT using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ Tillman J. Finley
Tillman J. Finley