UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AVONDA URBEN, on behalf of herself and in her capacity as the Sellers' Representative,<br><br>　　Plaintiff,<br><br>v.<br><br>GRIDKOR, LLC, MICHAEL BRYANT, KORDEV, LLC, and ALYSSA SCHRECENGOST BRYANT,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:23-cv-00138-TSE-IDD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| GRIDKOR, LLC,<br><br>　　Counterclaim and Third-Party Plaintiff,<br><br>v.<br><br>AVONDA URBEN; JOHN DOE NOS. 1-5; and JANE DOE NOS. 1-5,<br><br>　　Counterclaim and/or Third-Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AMENDED NOTICE OF HEARINGS AND JOINT REQUEST TO CONTINUE SAME**

　　Two motion hearings are currently scheduled in this matter: (1) a hearing on May 5, 2023 at 10:00 a.m. on Defendants Michael Bryant, Alyssa S. Bryant, and KorDev LLC's Motion to Dismiss for Failure to State a Claim or, in the Alternative, Motion for Summary Judgment (Doc. 22), noticed by the Movants (Doc. 28); and (2) a hearing on May 26, 2023 at 11:00 a.m. on Plaintiff's Motion to Dismiss Amended Counterclaims and Third Party Claims (Doc. 32), set by

the Court. (Doc. 35.) The parties hereby jointly amend the prior notice of hearing and respectfully request that the Court continue both hearings until June 9, 2023 at 10:00 a.m.

Since the parties noticed multiple motions for May 5, 2023,[1] a personal conflict has arisen that prevents lead counsel for Plaintiff, Emily Kirsch, from appearing on that date. Further, counsel for Defendants has a conflict on May 26, 2023. Specifically, counsel for Defendants has a trial beginning on May 22, 2023 in Columbus, Ohio which is likely to extend into the following week.

The parties have conferred and counsel for both sides are available on June 9, 2023. Accordingly, the parties jointly request that the Court hear both pending motions on that date. Because the May 26, 2023 date was set by the Court, rather than simply re-notice that hearing the parties respectfully request that the Court continue that hearing until June 9, 2023 at 10:00 a.m.

WHEREFORE, the parties jointly request that the Court hear Defendants Michael Bryant, Alyssa S. Bryant, and KorDev LLC's Motion to Dismiss for Failure to State a Claim or, in the Alternative, Motion for Summary Judgment (Doc. 22) and Plaintiff's Motion to Dismiss Amended Counterclaims and Third Party Claims (Doc. 32) on Friday, June 9, 2023 at 10:00 a.m.

DATE:  May 3, 2023                     Respectfully submitted,

*/s/ Tillman Finley*
Tillman J. Finley (VSB No. 93284)
tfinley@marinofinley.com
MARINO FINLEY LLP
818 Connecticut Avenue, N.W., Suite 801
Washington, DC  20006
Tel:  202.223.8888

---

[1] Plaintiff also noticed her Motion to Dismiss Counterclaims and Third Party Claims (Doc. 18) for May 5, 2023, at 10:00 a.m. (Doc. 21), but that Motion has already been denied as moot. (Doc. 35.)

*Attorneys for Defendants*

RESTON LAW GROUP, LLP

By: */s/ John A. Bonello (by permission)*
John A. Bonello (VSB No. 71926)
2100 Reston Parkway
Suite 450
Reston, Virginia 20191
Phone: 703-483-2810
Fax: 703-264-2226
Email: jbonello@restonlaw.com

-and-

KIRSCH & NIEHAUS, PLLC

By: */s/ Emily B. Kirsch (by permission)*
Emily B. Kirsch
Craig S. Tarasoff
950 Third Avenue, Suite 1900
New York, New York  10022
(646) 415-7530
emily.kirsch@kirschniehaus.com
craig.tarasoff@kirschniehaus.com

*Attorneys for Plaintiff/Counterclaim Defendant Avonda Urben, on behalf of herself and in her capacity as the Sellers' Representative*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2023, I filed the foregoing using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Tillman J. Finley*
Tillman J. Finley
