UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AVONDA URBEN, on behalf of herself and in her capacity as the Sellers' Representative, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 1:23-cv-00138-DJN-IDD |
| v. | ) ) ) |
| GRIDKOR, LLC, MICHAEL BRYANT, and KORDEV, LLC, | ) ) ) ) |
| Defendants. | ) ) |
| GRIDKOR, LLC, | ) ) |
| Counterclaim Plaintiff, | ) ) ) |
| v. | ) ) ) |
| AVONDA URBEN, | ) ) ) |
| Counterclaim Defendant. | ) ) ) |

**STIPLUATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all claims and counterclaims asserted in the above-styled action are hereby dismissed with prejudice, with each party to bear its own costs, attorney's fees, and expenses of litigation.

The parties further stipulate that this Court shall retain jurisdiction to enforce the parties' settlement agreement and to resolve any disputes arising thereunder. The parties waive the right to a jury in connection with any such proceeding and agree that the prevailing party in any such dispute shall be awarded its costs, including reasonable attorney's fees.

DATE:  July 25, 2024                                    Respectfully submitted,

*/s/ Tillman Finley*                                              */s/ Travis Tull*
Tillman J. Finley (VSB No. 93284)                Travis Tull
tfinley@marinofinley.com                            TATE BYWATER
MARINO FINLEY LLP                                    2740 Chain Bridge Road
818 Connecticut Avenue, N.W., Suite 801    Vienna, VA  22181
Washington, DC  20006                               ttull@tatebywater.com
Tel:  202.223.8888

*Attorneys for GridKor, LLC, KorDev LLC, and Michael Bryant*

*Counsel for Plaintiff / Counterclaim Defendant Avonda Urben*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2024, I filed the foregoing and all attachments thereto with the Court's CM/ECF electronic filing system, which will cause a copy thereof to be served on the below counsel of record:

Travis Tull
TATE BYWATER
2740 Chain Bridge Road
Vienna, VA 22181
ttull@tatebywater.com

*Counsel for Plaintiff / Counterclaim Defendant Avonda Urben*

                                               */s/ Tillman J. Finley*
                                               Tillman J. Finley