IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

AVONDA URBEN,
    Plaintiff,

      v.                                            Civil No. 1:23cv138 (DJN)

GRIDKOR, LLC, *et al.*,
    Defendants.

## ORDER
### (Acknowledging Stipulation of Dismissal With Prejudice)

This matter comes before the Court on the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1]  (ECF No. 219 ("Stip.").)  The Court hereby acknowledges this voluntary dismissal, with prejudice and with each party to pay its own costs and fees,[2] and DIRECTS the Clerk's Office to close the case.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                  _____/s/_____
                                                  David J. Novak
Richmond, Virginia                              United States District Judge
Date: July 25, 2024

---

[1]    Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."  Here, Counsel for both parties has signed the stipulation.

[2]    The Parties also stipulate to the Court retaining jurisdiction "to enforce the parties' settlement agreement and to resolve any disputes arising thereunder." (Stip. at 1); *see Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381–82 (1994) (permitting such stipulations).  "The parties waive the right to a jury in connection with any such proceeding and agree that the prevailing party in any such dispute shall be awarded its costs, including reasonable attorney's fees." (Stip. at 1.)